# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SIRIUS COMPUTER SOLUTIONS, INC., § § *Plaintiff*, § § v. § § ROELOF NYDAM, § § *Defendant*. § § | Civil Action No.  SA-18-CV-1201-XR |

## ORDER ADMINISTRATIVELY CLOSING CASE

On this date, the Court considered the status of this case. Defendant has filed his fifth unopposed motion to extend his deadline to answer or otherwise respond to Plaintiff's complaint. Docket no. 12. This motion is GRANTED and Defendant's deadline is extended to May 31, 2019.

Further, given the repeated extension requests, the Court concludes that this case is appropriate for administrative closure pending the filing of Defendant's answer. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

The Clerk's office is therefore DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request of any party or on the Court's own motion. *Mire*, 389 F.3d at 167. Parties can continue to file documents during the stay, including Defendant's

answer. Defendant is ORDERED to respond to Plaintiff's complaint by May 31 or move for further extension.

SIGNED this 7th day of May, 2019.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE