UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SIRIUS COMPUTER SOLUTIONS, INC., | § § § |
| Plaintiff, | § § |
| v. | § § § | CIVIL NO. SA-18-CV-01201-XR |
| ROELOF NYDAM, | § § |
| Defendant. | § § |

**O R D E R**

On this date, the Court considered the status of the above-captioned case. On May 7, 2019, this Court administratively closed this case pending the filing of Defendant's answer. Docket no. 13. Defendant filed his answer on September 19, 2019. Docket no. 17. With Defendant's answer filed, the Clerk's office is DIRECTED to re-open the case.

It is so ORDERED.

SIGNED this 20th day of September, 2019.

_____

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE