IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SIRIUS COMPUTER SOLUTIONS, INC. | § § | |
| *Plaintiff*, | § § | |
| V. | § § | Civil Action No. 5:18-cv-1201-XR |
| ROELOF NYDAM. | § § § | |
| *Defendant*. | § | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

In accordance with the Scheduling Order (Dkt. 24), Plaintiff Sirius Computer Solutions, Inc. and Defendant Roelof Nydam submit this Joint Alternative Dispute Resolution Report and respectfully show the following:

1. The parties have engaged in informal settlement discussions, and they are pleased to report to the Court that they have been able to reach a resolution in principle.  The parties are currently working on finalizing all terms and the appropriate documentation. The parties intend and are planning to submit a Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 within thirty (30) days of today (December 19, 2019).

2. The persons responsible for settlement negotiations on behalf of Plaintiff Sirius Computer Solutions, Inc. were its outside counsel, Christine E. Reinhard and Annalyn G. Smith of Schmoyer Reinhard LLP, and its in house counsel, Senior Vice President and General Counsel Justin Sobey.

3. The persons responsible for settlement negotiations on behalf of Defendant Roelof Nydam was Mr. Nydam and his counsel, S Thomas M. Monahan of Sheppard, Mullin, Richter & Hampton LLP.

Respectfully submitted,

*/s/ Christine E. Reinhard*
Christine E. Reinhard
Texas Bar No. 24013389
creinhard@sr-llp.com
Annalyn G. Smith
State Bar No. 18532500
asmith@sr-llp.com
SCHMOYER REINHARD LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
PH:  (210) 447-8033
FX:  (210) 447-8036

**ATTORNEYS FOR DEFENDANT
SIRIUS COMPUTER SOLUTIONS, INC.**

*/s/ Stephen E. Fox*
Stephen E. Fox
Texas Bar No. 07337260
sfox@sheppardmullin.com
Dwight M. Francis
Texas Bar No. 00785877
dfrancis@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401

-and-

Robert S. Friedman (Admission Pending)
Rfriedman@sheppardmullin.com
Thomas M. Monahan (Admission Pending)
Tmonahan@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

**ATTORNEYS FOR DEFENDANT
ROELOF NYDAM**