IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SIRIUS COMPUTER SOLUTIONS, INC. | § § | |
| *Plaintiff*, | § § | |
| V. | § § | Civil Action No. 5:18-cv-1201-XR |
| ROELOF NYDAM. | § § | |
| *Defendant*. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sirius Computer Solutions, Inc. and Defendant Roelof Nydam file this Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties agree that this action shall be, and hereby is, **dismissed with prejudice**. Each party shall bear its own costs.

Respectfully submitted,

*/s/ Christine E. Reinhard*
Christine E. Reinhard
Texas Bar No. 24013389
creinhard@sr-llp.com
Annalyn G. Smith
State Bar No. 18532500
asmith@sr-llp.com
SCHMOYER REINHARD LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
PH: (210) 447-8033
FX: (210) 447-8036

**ATTORNEYS FOR DEFENDANT
SIRIUS COMPUTER SOLUTIONS, INC.**

*/s/ Stephen E. Fox*
Stephen E. Fox
Texas Bar No. 07337260
sfox@sheppardmullin.com
Dwight M. Francis
Texas Bar No. 00785877
dfrancis@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, Texas 75201
Telephone: (469) 391-7400
Facsimile: (469) 391-7401

-and-

Robert S. Friedman (Admission Pending)
Rfriedman@sheppardmullin.com

Thomas M. Monahan (Admission Pending)
Tmonahan@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

**ATTORNEYS FOR DEFENDANT ROELOF NYDAM**